IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
SEP 16 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| CHAD BEIERLE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHAFFEE LEGACY, LLC, and OLE'S COUNTRY STORES, INC., d/b/a OLE'S COUNTRY STORE #2,<br><br>　　　　　Defendants. | CV 19–136–M–DLC<br><br>ORDER |

Before the Court is the Plaintiff's Stipulation of Voluntary Dismissal with Prejudice. (Doc. 3.) The Defendants have not yet filed an answer or other responsive pleading.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE.

DATED this 16th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court